IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER, et al.,

      Plaintiffs,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

      Defendants.

Civil Action No. 25-3828 (RBW)

**<u>FIRST JOINT STATUS REPORT</u>**

Pursuant to the Court's December 23, 2025 Order, Plaintiffs, Campaign Legal Center and American Oversight ("Plaintiffs"), and Defendants, the Department of Homeland Security (the "Department") and U.S. Citizenship and Immigration Services ("USCIS") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns two requests that Plaintiffs filed, one with the Department and one with USCIS, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on August 7, 2025, seeking information related to a "cross-agency effort to create a wide-ranging federal database of voter information." *See* Compl. (ECF No. 1) ¶ 11. Plaintiffs filed this action on October 31, 2025, *see id*., and Defendants filed an answer on December 3, 2025, *see* Answer, ECF No. 12.

In response to Plaintiffs' August 7, 2025 FOIA request, Defendant USCIS reports that it has completed its search and estimates there are approximately 260 megabytes of potentially responsive material for processing. USCIS intends to process approximately 500 pages of

potentially responsive records monthly and expects to make its first production of responsive records by the end of February 2026. Plaintiffs have requested that the agency provide a breakdown of the hit counts for each search term to determine whether any portions of this request can be potentially narrowed.

Defendant DHS reports that it has completed its search and estimates there are approximately 219 documents and 2,831 pages of potentially responsive material for processing. DHS intends to process approximately 500 pages of potentially responsive records monthly and endeavors to make its first production of responsive records by February 13, 2026.

The Parties believe that it is premature to set a briefing schedule. Considering the above updates, the Parties propose to file another Joint Status Report by March 9, 2026, apprising the Court of the progress of this action.

January 23, 2026

*/s/*
Jessica Jensen
D.C. Bar No. 1048305
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Attorneys for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CANPAIGN LEGAL CENTER
1101 14TH Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*

*Center*

*\*Admitted Pro Hac Vice*