IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER, et al.,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 25-3828 (RBW)

**FIRST JOINT STATUS REPORT**

Pursuant to the Court's January 23, 2026 Order, Plaintiffs, Campaign Legal Center and American Oversight ("Plaintiffs"), and Defendants, the Department of Homeland Security (the "Department") and U.S. Citizenship and Immigration Services ("USCIS") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns two requests that Plaintiffs filed, one with the Department and one with USCIS, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on August 7, 2025, seeking information related to a "cross-agency effort to create a wide-ranging federal database of voter information." *See* Compl. (ECF No. 1) ¶ 11. Plaintiffs filed this action on October 31, 2025, *see id*., and Defendants filed an answer on December 3, 2025, *see* Answer (ECF No. 12).

Since the last JSR, Defendant USCIS reported to Plaintiff that the original search terms proposed by Plaintiff in its FOIA request resulted in approximately 6,016 pages and 13 spreadsheets of potentially responsive records.  Plaintiff agreed to narrow its suggested search

terms on February 20, 2026, and requested USCIS to begin processing the reduced tranche of potentially responsive records. USCIS applied the suggested narrowed terms, thereby reducing the tranche of potentially responsive records to approximately 4,301 pages and 8 spreadsheets.  USCIS expects to process 500 pages of this narrowed set of potentially responsive records monthly and will endeavor to complete its first rolling release by the end of March 2026.

Defendant DHS reports that it has completed its search and estimates there are approximately 219 documents and 2,831 pages of potentially responsive material for processing. DHS intends to process approximately 500 pages of potentially responsive records monthly. On February 17, 2026, DHS made an erroneous production of non-responsive records. DHS later informed Plaintiff of the error and indicated that it would make a production once the lapse in funding, as discussed below, had ended.

While DHS counsel is working because the Department of Justice is funded, DHS is currently experiencing a lapse in appropriations which began February 14, 2026.  Thus, the DHS FOIA Office is furloughed. For these reasons, DHS cannot complete review, process, and release any responsive records. Furthermore, once appropriations are restored, DHS will need some time to reorganize and then will resume work on this matter.  Defendant DHS will have more to report once their lapse in appropriations ends and they have time to coordinate their work after FOIA staff return from furlough.

Considering the above updates, the Parties propose to file another Joint Status Report by April 23, 2026, apprising the Court of the progress of this action.

March 9, 2026

*/s/*
Jessica Jensen
D.C. Bar No. 1048305
Benjamin A. Sparks

JEANINE FERRIS PIRRO
United States Attorney

D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Attorneys for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal
Center*

*\*Admitted Pro Hac Vice*

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*