IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-3828 (RBW) |

**FIFTH JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2026 Minute Order, Plaintiffs, Campaign Legal Center and American Oversight ("Plaintiffs"), and Defendants, the Department of Homeland Security (the "Department") and U.S. Citizenship and Immigration Services ("USCIS") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns two requests that Plaintiffs filed, one with the Department and one with USCIS, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on August 7, 2025, seeking information related to a "cross-agency effort to create a wide-ranging federal database of voter information." *See* Compl. (ECF No. 1) ¶ 11. Plaintiffs filed this action on October 31, 2025, *see id.*, and Defendants filed an answer on December 3, 2025, *see* Answer (ECF No. 12).

Defendant USCIS reports that on February 20, 2026, Plaintiffs narrowed the suggested search terms provided in its FOIA request, thereby reducing the potentially responsive records for processing to approximately 4,301 pages and 8 spreadsheets.

USCIS has completed four rolling releases on April 20, 2026, May 27, 2026, June 16, 2026, and July 31, 2026, and expects to complete its fifth rolling release next week. USCIS expects to continue to process approximately 500 pages of the potentially responsive records monthly moving forward and will continue to endeavor to complete monthly productions by the end of each month.

In the last status report, Defendant DHS reported that on April 24, 2026, it released 197 pages to Plaintiff with portions withheld pursuant to Exemptions 5 and 6. DHS provided a further interim response on August 26, 2026, advising that the pages reviewed were determined not responsive to the request. DHS anticipates providing its next interim response by September 30, 2026.

Considering the above updates, the Parties propose to file another Joint Status Report by October 28, 2026, apprising the Court of the progress of this action.

Dated: August 28, 2026

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Attorneys for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Jeremy S. Simon*
Jeremy S. Simon, D.C. Bar 447956
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*

Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal Center*

**Admitted Pro Hac Vice*